

Littler Mendelson, PC
290 Broadhollow Rd.
Suite 305
Melville, NY  11747

Taylor M. Brodsky
Associate
631.247.4747 direct
631.247.4700 main
631.794.2795 fax
tbrodsky@littler.com

July 9, 2025

The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:     *Angelina Proia v. K Health, Inc.*
        No.: 1:25-cv-03894

Dear Magistrate Judge Cave,

> Defendant's request at ECF No. 15 is **GRANTED.** The deadline for Defendant to respond to the Complaint is **EXTENDED** up to and including **August 1, 2025**.
>
> The Clerk of Court is respectfully directed to close ECF No. 15.
>
> SO ORDERED.    July 10, 2025
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

   This firm represents Defendant K Health, Inc. ("Defendant") in the above-captioned matter. We write pursuant to Your Honor's Individual Practice Rules Section I(D), to respectfully request a three-week extension of time (from July 11, 2025 until August 1, 2025) to respond to the Complaint.

   The reason for this request is that the undersigned requires additional time to complete an investigation, confer with our client, and complete an appropriate response to Plaintiff's Complaint. This is the Defendant's first request for an extension of time, and it is made with the consent of Plaintiff's counsel.

   This request does not impact any other deadlines in this matter and the Parties remain available to appear for the initial case management conference scheduled before Your Honor on July 23, 2025, and shall submit a joint proposed case management plan on or before July 16, 2025 pursuant to the Order Scheduling Initial Case Management Conference dated June 6, 2025.

   Thank you for your time and consideration of this matter.

Respectfully submitted,

*/s/ Taylor M. Brodsky*

Taylor M. Brodsky