UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELINA PROIA,

               Plaintiff,

-v-                                       CIVIL ACTION NO. 25 Civ. 3894 (SLC)

                                               **ORDER**

K HEALTH, INC.,

               Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the initial case management conference held on July 23, 2025, a telephone conference to discuss the status of discovery is scheduled for **November 14, 2025, at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

On or before **November 10, 2025**, the parties shall file a joint status letter setting forth the status of discovery and any discovery issues ripe for the Court's attention.

Dated:      New York, New York
               July 23, 2025

                                                   SO ORDERED.

                                                   /s/ Sarah L. Cave
                                                 **SARAH L. CAVE**
                                                 **United States Magistrate Judge**