UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELINA PROIA,

                Plaintiff,

-v-

                CIVIL ACTION NO. 25 Civ. 3894 (SLC)

K HEALTH, INC.,

                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the government shutdown and the ongoing lapse in appropriations, Court operations will be suspended on Fridays effective November 14, 2025, except for emergency excepted activities. Accordingly, the Telephone Conference (the "Conference") scheduled for November 14, 2025, at 10:00 a.m. ET to discuss the status of discovery is **ADJOURNED** to **November 17, 2025, at 2:30 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The deadline of November 10, 2025 for the parties to file a joint status letter setting forth the status of discovery and any discovery issues ripe for the Court's attention is **EXTENDED** to **November 13, 2025**.

Dated:     New York, New York
             November 7, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**