

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, New York 11747

Kelly C. Spina
Shareholder
631.247.4744 direct
631.247.4700 main
631.824.9043 fax
kspina@littler.com

November 12, 2025

**VIA ECF**

The Honorable Judge Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Angelina Proia v. K Health, Inc.*
Case No. 1:25-cv-03894-SLC

---

> The parties' request at Dkt. No. 24 is **GRANTED**. The telephone conference previously scheduled for November 17, 2025 at 2:30 p.m. ET (Dkt. No. 23) is **ADJOURNED** to **December 10, 2025 at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
>
> The deadline of November 13, 2025 for the parties to file a joint status letter setting forth the status of discovery and any discovery issues ripe for the Court's attention (Dkt. No. 23) is **EXTENDED** to **December 4, 2025**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 24.
>
> SO ORDERED. November 13, 2025
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

---

Dear Judge Cave:

We represent Defendant K Health, Inc. in the above-referenced matter. We write, jointly with counsel for Plaintiff, to respectfully request an adjournment of the November 17, 2025, status conference.

The parties had arranged a mediation through the Southern District of New York's mandatory mediation program with Mediator Judah Greenblatt, which was initially scheduled for October 17, 2025, prior to the conference. Due to unforeseen illness, Mediator Greenblatt was unable to proceed on the original date, and the mediation has been rescheduled to take place on November 18, 2025 at 10:00am.

In light of this timing, and in the interest of focusing efforts on achieving a resolution at mediation, the parties respectfully request that the Court adjourn the November 17 status conference to a date convenient for the court following the November 18 mediation, with a correlating extension of time for the parties to submit a joint status letter on the status of discovery. The parties are available for a rescheduled conference on the following dates:

(1) December 5, 2025 after 10:00am
(2) December 10, 2025
(3) December 17, 2025, between 9:00am and 12:00pm

This is the parties' first request for an adjournment of the status conference. This request will not impact other case deadlines in this matter, as the parties have until April 23, 2026 to complete all fact discovery.

The Honorable Judge Sarah L. Cave
November 12, 2025
Page 2

We appreciate the Court's consideration of this joint request and remain available to provide any additional information the Court may require.
Respectfully Submitted,

Littler Mendelson, P.C.

*/s/ Kelly C. Spina*

Kelly C. Spina
Taylor M. Brodsky

cc: all counsel of record (via ECF)