UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELINA PROIA,

                Plaintiff,

    -v-

                                                 CIVIL ACTION NO. 25 Civ. 3894 (SLC)

K HEALTH, INC.,

                                                       **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the telephone conference held on March 2, 2026, and as stated in the Case Management Plan, (Dkt. No. 19 at 3), by **April 30, 2026**, the parties shall file a joint letter certifying that fact discovery is complete and advising the Court whether the parties anticipate the need for expert discovery, and if not, whether they plan to proceed to dispositive motions and/or trial. The parties' deadline of **July 30, 2026** to file a joint letter certifying that all expert discovery is complete, (Dkt. No. 19 at 4), is **EXTENDED** <u>sine</u> <u>die</u>, pending the parties' April 30, 2026 joint letter.

Dated:       New York, New York
              March 2, 2026

                                        SO ORDERED.

                                       _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**