UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELINA PROIA,

　　　　　　　　　Plaintiff,

　　-v-

　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 25 Civ. 3894 (SLC)

K HEALTH, INC.,

　　　　　　　　　　　　　　　　　　　　**ORDER**

　　　　　　　　　Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

　　　　Pursuant to the telephone conference held on June 5, 2026 (the "Conference"), by **June 12, 2026 at 12:00 p.m. ET**, the parties shall file a joint letter: (i) updating the Court on the status of Plaintiff's production of her text messages in a format that displays the messages' date and timestamp; (ii) stating the dates on which the parties have scheduled depositions; and (iii) if those dates occur after the fact discovery deadline of June 19, 2026, (Dkt. No. 36), proposing a limited extension of the fact discovery deadline.

　　　　Should the parties wish to order a copy of the Conference transcript, they may do so using the annexed form.

Dated:　　　New York, New York
　　　　　　June 5, 2026

　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　SARAH L. CAVE
　　　　　　　　　　　　　**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

<span style="color:red">Send one request per completed form to:</span>

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

<span style="color:red">**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.</span>

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|