UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELINA PROIA,

Plaintiff,

-v-

K HEALTH, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 3894 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in-person conference on July 7, 2026 (the "Conference") to discuss the parties' discovery issues raised in their joint letter at Dkt. No. 38 (the "Letter"). (Dkt. No. 39). Counsel for Plaintiff Angelina Proia ("Plaintiff") and counsel for K Health, Inc. ("Defendant") appeared at the Conference. Following the Conference, the Court **ORDERS** the following:

1. By **July 9, 2026**, the parties shall order a copy of the Conference transcript (the "Transcript") by using the annexed form.
2. As discussed at the Conference, and as detailed in the Letter, Defendant requests "a forensic collection of Plaintiff's device(s) and storage account(s) that may contain backup data relevant to this litigation to obtain a complete, defensible set of responsive communications, including metadata, at Plaintiff's expense." (Dkt. No. 38 at 2 (the "Image Request")). For the reasons discussed at the Conference, given that Defendant has established that Plaintiff has deleted documents from her iPhone during the course of this litigation that are potentially relevant, either by way of an auto-deletion feature on her iPhone or by purposeful deletion, the Court finds that

Defendant has met its burden to show that a partial forensic image of Plaintiff's iPhone is warranted and may lead to discovery that Plaintiff did not initially identify, collect, and produce. See Raleigh v. Baribault, No. 22 Civ. 1069 (VDO), 2024 WL 4524101, at *17 (D. Conn. Oct. 18, 2024) (ordering a second forensic examination of defendants' cloud data where, inter alia, "there is some evidence that [defendant] deleted photographs before his phone was [previously] imaged, and so a second, targeted forensic examination may lead to discovery that was not initially identified."); Vanceah v. Nat'l R.R. Passenger Corp., No. 18 Civ. 9418 (ER), 2022 WL 3030740, at *9 (S.D.N.Y. Aug. 1, 2022) (ordering forensic imaging and analysis of plaintiff's phone where she admitted to "delet[ing] information from her cell phone during the course of discovery" and her "prior responses to [] discovery requests had been far too narrow and constantly changing."). Accordingly, the Image Request is **GRANTED IN PART**. Specifically, the Court permits Defendant to take a targeted forensic image (the "Image") of Plaintiff's iPhone limited to its messaging and email applications. The parties shall meet and confer concerning the hiring of a vendor to capture the Image; which messaging and email applications the vendor should focus on; and, with respect to those applications, which custodians, date ranges, and search terms the vendor shall apply. The Court defers any discussion of cost shifting pending collection and review of the Image. The Court refers the parties to the Transcript for the full discussion on this issue.

3. A telephone conference to discuss the status of discovery and the parties' meet and confer process (see ¶ 2, supra) is scheduled for **July 23, 2026 at 5:00 p.m. ET** (the

"July 23 Conference") on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

4. The deadline of June 19, 2026 to complete fact discovery and depositions (Dkt. No. 36) is **HELD IN ABEYANCE** pending the July 23 Conference.[1]

5. The deadline of June 30, 2026 to file a joint letter certifying the completion of fact discovery (Dkt. No. 36) is **HELD IN ABEYANCE** pending the July 23 Conference.

6. The deadline of July 23, 2026 to complete expert discovery (Dkt. No. 19) is **HELD IN ABEYANCE** pending the July 23 Conference.

7. The deadline to file a joint letter certifying the completion of expert discovery shall continue to be **HELD IN ABEYANCE** pending the July 23 Conference. (See Dkt. No. 36).

Dated: New York, New York
July 7, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

[1] As discussed at the Conference, the parties shall meet and confer to schedule all depositions in this case in an expeditious manner.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | |
|---|---|

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL