UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELINA PROIA,

Plaintiff,

-v-

K HEALTH, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 3894 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on July 23, 2026 (the "Conference") to discuss the status of discovery and the parties' meet and confer process concerning the Image of Plaintiff's phone that the Court previously ordered. (Dkt. No. 41 (the "July 7 Order")).[1] Following the Conference, the Court **ORDERS** the following:

1. By **July 27, 2026**, the parties shall order a copy of the Conference transcript (the "Transcript") by using the annexed form.

2. By way of background, in the July 7 Order, the Court granted in part Defendant's Image Request and permitted Defendant "to take a targeted forensic image (the "Image") of Plaintiff's iPhone limited to its messaging and email applications" and further directed the parties to "meet and confer concerning the hiring of a vendor to capture the Image; which messaging and email applications the vendor should focus on; and, with respect to those applications, which custodians, date ranges, and search

[1] Unless otherwise stated, all capitalized terms shall have the same meaning as in the July 7 Order. (Dkt. No. 41).

terms the vendor shall apply." (Dkt. No. 41 at 2). As discussed at the Conference, however, Defendant's vendor (the "Vendor") has indicated to Defendant's counsel that it is not possible to take a partial forensic image of Plaintiff's iPhone and in order for the parties to obtain the information contemplated in the July 7 Order, the Vendor must take a full image (the "Full Image") of Plaintiff's iPhone, which would then be subject to Plaintiff's counsel's review for responsive documents. For the reasons discussed at the Conference, the Court permits the Vendor to take the Full Image, which the Vendor shall then provide to Plaintiff's counsel. On receipt of the Full Image, Plaintiff's counsel shall review the messaging applications for responsive documents — applying the parties' agreed custodians, date ranges, and search terms (see Dkt. No. 41 at 2) — and produce responsive documents to Defendant's counsel. The Court clarifies that neither the Vendor, nor Defendant or its counsel, shall review the contents of the Full Image. On completion of the meet and confer and production process, the Court directs that the Full Image be destroyed. The Court further refers the parties to the Transcript for the full discussion on this issue.

3. By **September 21, 2026**, the parties shall file a joint letter updating the Court on the status of discovery and identifying any issues ripe for the Court's attention.
4. A telephone conference to discuss the status of discovery is scheduled for **September 24, 2026 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
5. The deadline to complete fact discovery is **October 23, 2026**.

6. The deadline for the parties to file a joint letter certifying the completion of fact discovery is **October 30, 2026**.[2]
7. The deadline to complete expert discovery is **November 25, 2026**.
8. The deadline for the parties to file a joint letter certifying the completion of expert discovery is **December 2, 2026**.

Dated: New York, New York
July 23, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

[2] As discussed at the Conference, if after the close of fact discovery, the parties do not anticipate the need for expert discovery, they shall state so in their October 30, 2026 letter certifying the completion of fact discovery and propose next steps for the litigation.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ |

| | | |
|---|---|---|
| Your Name | | |
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL