UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELINA PROIA,

Plaintiff,

-v-

K HEALTH, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 3894 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on July 23, 2026 (the "Conference") and directed the parties to order a copy of the Conference transcript (the "Transcript") by July 27, 2026. (Dkt. No. 42). To date, the parties have not ordered the Transcript. By **July 31, 2026**, the parties shall order a copy of the Transcript by using the form annexed to the Court's Order at Dkt. No. 42. (Dkt. No. 42 at 4).

Dated: New York, New York
July 28, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**